Elayna J. Youchah
Nevada State Bar No. 5837
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com

*Attorneys for Defendant*
*National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE B. HUDSON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Foreign Limited Liability Company, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:17-cv-03046-JCM-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendant National Security Technologies, LLC ("Defendant"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiff Renee B. Hudson ("Plaintiff"), by and through her counsel of record, HKM Employment Attorneys, LLP, hereby stipulate and agree to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint for two weeks from January 4, 2018 up to and including January 19, 2018. The extension of time is needed due to the impending holiday, travel plans for both parties and their counsel, and a substantial unexpected work load.

This stipulation and order is sought in good faith and not for the purpose of delay. No prior request for any extension of time has been made.

Dated this 20th day of December, 2017.

| HKM EMPLOYMENT ATTORNEYS, LLP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Jenny L. Foley | /s/ Elayna J. Youchah |
| Jenny L. Foley, Bar No. 9017 | Elayna J. Youchah, Bar No. 5837 |
| 1785 East Sahara Ave., Ste. 325 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89104 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Renee B. Hudson* | *National Security Technologies, LLC* |

## ORDER

IT IS SO ORDERED.

_____
U.S. ~~District~~/Magistrate Judge

Dated: December 21, 2017