# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RENEE B. HUDSON,

        Plaintiff,

vs.

NATIONAL SECURITY TECHNOLOGIES, LLC, *et al.*,

        Defendants.

2:17-cv-03046-JCM-VCF

**ORDER**

        Before the Court is Defendant's Request for Exception to Attendance at Early Neutral Evaluation Session (ECF No. 15). Plaintiff has filed a notice of non opposition to the instant motion. (ECF No. 16).

        Accordingly,

        IT IS HEREBY ORDERED that Defendant's Request for Exception to Attendance at Early Neutral Evaluation Session (ECF No. 15) is GRANTED. Defendant's insurance carrier, AIG, may attend telephonically and must be available for the entire duration of the ENE.

        DATED this 7th day of February, 2018.

                                          CAM FERENBACH
                                          UNITED STATES MAGISTRATE JUDGE