# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RENEE B. HUDSON,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, *et al.*,<br><br>        Defendants. | 2:17-cv-03046-JCM-CWH<br><br>**ORDER** |

      Before the Court is *Renee B. Hudson v. National Security Technologies, LLC, et al.*, case no. 2:17-cv-03046-JCM-CWH.

      IT IS HEREBY ORDERED that a status hearing on *Renee B. Hudson v. National Security Technologies, LLC, et al.*, case no. 2:17-cv-03046-JCM-CWH is scheduled for 1:00 PM, February 26, 2018, in Courtroom 3D. Plaintiff's counsel should be prepared to explain why she has not complied with the Court's Order setting the Early Neutral Evaluation Conference (ECF No. 7).

      IT IS SO ORDERED.

      DATED this 23rd day of February, 2018.

                                                           CAM FERENBACH<br>
                                                          UNITED STATES MAGISTRATE JUDGE