Elayna J. Youchah
Nevada State Bar No. 5837
**JACKSON LEWIS P.C.**
3800 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Email: youchahe@jacksonlewis.com

*Attorneys for Defendant National Security Technologies, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE B. HUDSON, an Individual<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL SECURITY TECHNOLOGIES, LLC, a Foreign Limited Liability Company, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-03046-JCM-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 5th day of April, 2018.

HKM Employment Attorneys LLP

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., ESQ. Bar #9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorneys for Plaintiff Renee B. Hudson*

JACKSON LEWIS P.C.

/s/ Elayna J. Youchah
Elayna J. Youchah, Bar #5837
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant National Security Technologies*

## **ORDER**

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

DATED: April 9, 2018